273 U. S.  Cases Disposed of Without Consideration by the Court.

No. 940. STAMATIS ANASTASOPOULOS ET AL. *v.* STEGER AND SONS PIANO MANUFACTURING COMPANY ET AL. April, 11, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Patrick H. O'Donnell* for petitioners.  *Messrs. Edward J. Brundage, Benson Landon, Robert N. Holt,* and *David M. Kahane* for respondents.

No. 949. UNITED STATES EX REL. SAMUEL OPPENHEIM *v.* WILLIAM C. HECHT, UNITED STATES MARSHAL.  April 11, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Messrs. William E. Russell* and *M. Wallace Dickson* for petitioner.  *Mr. Robert D. Murray* for respondent.

No. 922. LIBERTY NATIONAL BANK OF SOUTH CAROLINA ET AL. *v.* J. W. MCINTOSH, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES ET AL.  See *post,* p. 783.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 4, 1926, TO AND INCLUDING APRIL 11, 1927.

No. 10, original. UNITED STATES *v.* STATE OF WISCONSIN.  October 4, 1926.  Bill of complaint dismissed on motion of *Solicitor General Mitchell* for the United States. No appearance for respondent.

No. 10. UNITED STATES *v.* LUCIA E. BLOUNT, IN HER OWN RIGHT AND AS ADMINISTRATRIX, C. T. A., OF THE ESTATE OF HENRY F. BLOUNT, DECEASED.  Appeal from the Court of Claims.  October 4, 1926.  Dismissed on motion of *Solicitor General Mitchell* for the United States. *Messrs. Jesse B. Adams* and *Charles F. Carusi* for appellee.

No. 668. W. HENRY MATTOX *v.* UNITED STATES.  Error to the District Court of the United States for the North-

42847°—27——49